```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**  //  **MISCELLANEOUS NO. 1:20-MC-45**
                          **CRIMINAL ACTION NO. 1:20-CR-37**
                              **(Judge Keeley)**

**SARAH E. WOODLOCK,**

    **Defendant.**

**ORDER ADOPTING DRUG COURT REPORT AND RECOMMENDATION**

By Order dated September 29, 2020, the Court referred the defendant's participation in the Northern District of West Virginia Drug Court Program to the Honorable Michael J. Aloi, United States Magistrate Judge (Dkt. No. 20 in Case No. 1:20-CR-37 and Dkt. No. 1 in Case No. 1:20-MC-45). In a report and recommendation ("R&R") entered on April 21, 2022, Magistrate Judge Aloi advised that the defendant had successfully completed the District's Drug Court Program (Dkt. No. 25 in Case No. 1:20-CR-37 and Dkt. No. 40 in Case No. 1:20-MC-45).

Having reviewed the record, for good cause, the Court **ADOPTS** the R&R (Dkt. No. 25 in Case No. 1:20-CR-37 and Dkt. No. 40 in Case No. 1:20-MC-45) and **ACCEPTS** remand of this case.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, U.S. Probation Officers Jill Henline and

**USA V. WOODLOCK** **1:20-MC-45**
**1:20-CR-37**

## ORDER ADOPTING DRUG COURT REPORT AND RECOMMENDATION

Carrie Grilli, the Honorable Michael J. Aloi, United States Magistrate Judge, and all appropriate agencies.

DATED: May 19, 2022

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE